UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Case No. 1:11-00004 |
| | ) |
| THOMAS LEE TRAMMELL, JR. | ) |

## ORDER

Defendant appeared in Court on August 20, 2012, following a report from the United States Probation Office that Defendant had violated the terms and conditions of his pretrial release.

At the hearing on August 20, 2012, Defendant was advised of the alleged violations. The Government did not wish to hold Defendant in custody, and Defendant shall remain on release on the same conditions previously imposed on April 13, 2011. In addition to those conditions, special condition (x) shall be modified as follows:

(x) Reside with Layla Fitzgerald at 705 B W. 9th Street, Columbia, Tennessee.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge